Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
18221 N. 42nd Street
Phoenix, Arizona 85032
(602) 799-2346
E-Mail: guydknoller@gmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Green,  Plaintiff,  vs.  Adeptus Health Management, LLC, a Texas company  Defendant. | No.  **COMPLAINT**  *Jury Trial Demanded* |

Plaintiff alleges as follows:

**FIRST CLAIM FOR RELIEF**
(Americans With Disabilities Act of 1990, as Amended)

1. Plaintiff Kimberly Green is a resident of Maricopa County, Arizona.

2. Defendant Adeptus Health Management LLC, a Texas company operating in Maricopa County, Arizona,

3. Jurisdiction is based upon 42 U.S.C. §12101 *et seq.* and specifically 42 U.S.C. §12117.

4. Plaintiff Kimberly Green is a qualified individual with a disability within the meaning of 42 U.S.C. §12102.

5. Plaintiff Kimberly Green has, and has had a record of her impairments.

-1-

6. Defendant was aware of Plaintiff's impairments.

7. Defendant hired Plaintiff as facility administrator, which included providing patient care as a registered nurse, on November 29, 2016.

8. In March 2017, Plaintiff was promoted to Regional Nurse Manager.

9. In October 2017, Plaintiff was again promoted to Interim Regional Director of Operations.

10. On April 26, 2018, Plaintiff was informed that her managerial responsibilities were being removed (a demotion) and she would be allowed to return to her clinical responsibilities as a registered nurse or could accept a severance package offered.

11. Plaintiff thereafter on April 27, 2019, sent an email to the Executive VP inquiring about the decision to demote her.

12. Shortly thereafter on April 27, 2018, at 2:00 pm MST, Plaintiff sent an email to the HR VP, Lyn Kruger, specifically claiming that the proposed demotion was in violation of the Americans with Disabilities Act, setting forth specific allegations and asking whether something could be done (Attached as Exhibit 1).

13. By 4:50 p.m. on April 27, 2018, less than 3 hours after receiving Plaintiff's complaint of an ADA violation, the HR Director responded to Plaintiff informing Plaintiff that an investigation had occurred (without Plaintiff participating in it).

14. Then at 6:57 p.m. on April 27, 2018, the VP Human Resources informed Plaintiff that she was terminated (removing the prior offer to return to her nursing

duties) in reaction and in retaliation for Plaintiff's ADA complaint.

15.   Plaintiff filed a Charge of Discrimination, EEOC No. 35A-2018-00448, and CRD No. P18-0196 with the Arizona Civil Rights Division, alleging a violation of the ADA by discrimination and retaliation (Attached as Exhibit 2).

16.   The Arizona Civil Rights Division of the Arizona Attorney General issued a Right to Sue on March 8, 2019.

17.   The U.S. EEOC issued its Right to Sue on July 11, 2019 (a copy of which is attached as Exhibit 3).

17.   This lawsuit was filed within 90 days of receipt of the Right to Sue.

18.   All conditions precedent to the filing of this lawsuit alleging disability discrimination and retaliation have been met.

19.   Defendant violated the Americans With Disabilities Act as amended by the conduct alleged herein.

20.   Defendant's conduct was in total disregard of Plaintiff's federally protected rights warranting an award of punitive damages against Defendant.

21.   As a result of Defendant's discrimination and retaliation against Plaintiff, Plaintiff has suffered damage including, but not limited to: loss of income, loss of future income, emotional distress, and pain and suffering.

WHEREFORE Plaintiff requests:

1. Damages for lost and future income together with interest thereon;
2. Damages for emotional distress and pain and suffering;
3. For punitive damages;

4. For reasonable attorneys' fees and costs incurred; and,

5. For such other relief as this Court deems appropriate.

DATED this 20th day of September 2019.

                                /s/ Guy D. Knoller
                                Guy D. Knoller
                                Attorney for Plaintiff